IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATESCIA O. PETTIBONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 09-00122-WS-N |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and the plaintiff having indicated that she has no objection to the requested relief, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and Local Rule 72.2(c)(3) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that defendant's motion pursuant to sentence four of 42 U.S.C. § 405(g) to remand this case to the agency for further proceedings is **GRANTED**.  The Commissioner's decision is hereby **REVERSED** and this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**Done** this 4th day of September, 2009.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE