IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATESCIA O. PETTIBONE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 09-00122-WS-N |

## JUDGMENT

In accordance with the separate Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Commissioner's decision in the above-styled action is **REVERSED**, and this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**Done** this 4th day of September, 2009.

    s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE